IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE GREGORIO CASTRO ALONZO, | § | No. 5:25-cv-01482-DAE |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO; AND UNIVERSITY OF TEXAS SYSTEM | § | |
| | § | |
| *Defendants*. | § | |

ORDER TO SHOW CAUSE

Before the Court is Plaintiff's Opposition to Defendant's Motion to Dismiss. (Dkt. # 11.) That filing was signed by Plaintiff rather than by an attorney, as required by the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. . . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."). The Court notes that Attorney Dolores Marie Bojazi is listed as

Counsel of Record on PACER and signed Plaintiff's First Amended Complaint.[1] (Dkt. # 3.)

Attorney Bojazi is hereby **ORDERED** to **SHOW CAUSE before September 8, 2026**, as to whether she is still representing Plaintiff and, if not, why she has not sought leave from this Court to withdraw her representation.

**IT IS SO ORDERED.**

**DATED:** September 2, 2026, San Antonio, Texas.



David Alan Ezra
Senior United States District Judge

[1] The original Complaint (Dkt. # 1) was signed by a law firm without an identified attorney.