UNITED STATES DISTRJCT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONION DIVISION

JOSE GREGORIO CASTRO ALONZO
Plaintiff

-v

No,: 5-25-cv-01482-DAE

UNIVERSITY OF TEXAS
HEAL TH SCIENCE CENTER AT SAN ANTONIO
and UNIVERSITY OF TEXAS SYSTEM
Defendants

---

ORDER

_On this day, the Court having considered the Motion to Withdraw filed by attorney Dolores Bojazi, Esquire, the Cort finds that good cause exits to permit withdrawal.

It is therefore Ordered that Dolores Bojazi, Esquire, is hereby withdrawn as counsel of record in this matter.

It is further Ordered that the Clerk shall update the docket to reflect this withdrawal.

It is further ordered that

---

David Alan Ezra
Senior United States District Judge