Dolores Bojazi, Esquire
501 Cambria Avenue
Bensalem, PA 19020
215-828-3737
Dolores@Bojazilaw.com
dbesq@yahoo.com

UNITED STATES DISTRJCT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONION DIVISION

JOSE GREGORIO CASTRO ALONZO
Plaintiff

-v

No,: 5-25-cv-01482-DAE

UNIVERSITY OF TEXAS
HEAL TH SCIENCE CENTER AT SAN ANTONIO
and UNIVERSITY OF TEXAS SYSTEM
Defendants

MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

And now, counsel, Dolores Bojazi, Esquire, respectfully moves before the Court for leave to withdraw her appearance in this matter and states as follows:

1. _Counsel was an employee of Lento Law Group/.LLG National Law Group.
2. Mr. Alonzo's representation agreement was with the Lento Law Group/LLG National Law Group.
3. Counsel's involvement in the above captioned case was limited to the filing of the Complaint, while local counsel was being retained by the firm administrator John Groff. She would assist local counsel at the trial level if the matter went to trial as she was in the litigation department.
4. Counsel was not responsible for the ongoing pre-trial management or the matter.
5. On October 21, 2025, counsel commenced medical leave through Temple Lung Center, which continued up to the holiday's period of 2025. During this period was not engaged in active case management.

6. Counsel was advised by her former firm administrator that this matter had been reassigned and that local counsel would be entering an appearance once the firm retained such counsel.
7. On January 16, 2026, counsel left the firm. At the time of her departure, counsel was advised her matters would be reassigned, and substitute counsel would enter.
8. After departing the firm, counsel had no access to her email accounts, client files or internal systems or the firms PACER Accounts.
9. Counsel was not notified by the firm that there was any issue with the reassignment of her active cases.
10. Upon receiving the Court's Order to show cause was the first instance that counsel was aware the file had not been reassigned nor substitute counsel entered.
11. Counsel has no continuing relationship with the firm.
12. Withdraw should not prejudice any party, as counsel was not responsible for the management of the matter and the firm had already intended to substitute counsel. Further, counsel is aware that there is a degree of prejudice in the fact an Order had to be issued given counsel's reliance on the firm's representations.
13. Counsel believes that the Firm is aware of the status of this matter as her email accounts have not been disabled and do not contain an outgoing message to clients that she is no longer an employee of the firm.
14. Withdraw is necessary to prevent prejudice to the client as counsel was not retained by the client, is not skilled at pre-trial civil litigation, and to ensure the docket accurately reflects counsel of records.
15. Counsel respectfully moves before the Court to withdraw to further prevent any prejudice to Mr. Alonzo.

Wherefore, counsel respectfully requests that the Court grant this Motion to Withdraw and permit her removal as counsel of record.

Respectfully Submitted:

Dolores Bojazi

Dolores Bojazi, Esquire

UNITED STATES DISTRJCT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONION DIVISION

JOSE GREGORIO CASTRO ALONZO
Plaintiff

-v

No,: 5-25-cv-01482-DAE

UNIVERSITY OF TEXAS
HEAL TH SCIENCE CENTER AT SAN ANTONIO
and UNIVERSITY OF TEXAS SYSTEM
Defendants

---

## ORDER

_On this day, the Court having considered the Motion to Withdraw filed by attorney Dolores Bojazi, Esquire, the Cort finds that good cause exits to permit withdrawal.

It is therefore Ordered that Dolores Bojazi, Esquire, is hereby withdrawn as counsel of record in this matter.

It is further Ordered that the Clerk shall update the docket to reflect this withdrawal.

It is further ordered that

____________________________________
David Alan Ezra
Senior United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that this day of September 3, 2026, a true and correct copy of the foregoing Motion to Withdraw and Proposed Order was served upon all counsel of record via the Court's CM/ECF electronic filing system.

Dolores Bojazi, Esq.