UNITED STATES DISTRJCT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONION DIVISION

JOSE GREGORIO CASTRO ALONZO
Plaintiff

-v

No,: 5-25-cv-01482-DAE

UNIVERSITY OF TEXAS
HEAL TH SCIENCE CENTER AT SAN ANTONIO
and UNIVERSITY OF TEXAS SYSTEM
Defendants

---

ORDER

AND NOW, this ____________________ day of ________________________ 2026, this matter having come before the Court by Dolores Bojazi, Esq., on a Response for Rule to Show Cause, and the Court having read and considered the Response submitted, it is hereby Ordered

The Court

BY THE COURT:

Honorable David Alan Ezra
Senior United States District Judge