IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE GREGORIO CASTRO ALONZO, | § | No. 5:25-cv-01482-DAE |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO; AND UNIVERSITY OF TEXAS SYSTEM | § § § § | |
| | § | |
| *Defendants*. | § | |

ORDER TO SHOW CAUSE

Before the Court is the status of this case. It appears that the Counsel of Record, Attorney Bojazi, is no longer representing Plaintiff. (Dkts. ## 15; 17.)[1] Attorney Bojazi represents that counsel from her former firm, LLG National Law Group, will continue to represent Plaintiff in this matter. At this time, however, no other attorney has been substituted or otherwise appeared in this matter.

Accordingly, both Plaintiff and his counsel (whoever they may currently be) are **ORDERED** to **SHOW CAUSE** as to the status of Plaintiff's representation and why Plaintiff's new counsel, if any, has not filed a motion for

[1] The Court will hold Attorney Bojazi's Motion for Leave to Withdraw in abeyance until it receives responses from Plaintiff and his new counsel, if any.

substitution of counsel. They are **FURTHER ORDERED TO SHOW CAUSE** as to who filed Plaintiff's Opposition to Defendant's Motion to Dismiss (Dkt. # 11). Should Plaintiff be represented, his counsel must file a motion for substitution on or before their Response to this Motion is due: **September 8, 2026.**

Given that only Attorney Bojazi's personal contact information appears on the docket, she is **ORDERED** to serve a copy of this order on any contacts she may have from her prior firm. The Clerk is **DIRECTED** to transmit a copy of this order via email to Plaintiff at ccjoeyc@gmail.com.

**IT IS SO ORDERED.**

**DATED:** September 4, 2026, San Antonio, Texas.

David Alan Ezra
Senior United States District Judge