**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOSE GREGORIO CASTRO ALONZO,<br><br>*Plaintiff*,<br><br>vs.<br><br>UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO; AND UNIVERSITY OF TEXAS SYSTEM,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 5:25-cv-01482-DAE** |

**MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW the Plaintiff, Jose Gregorio Castro Alonzo, and respectfully moves this Court to substitute Robert S. Mactavish, Esquire in place of Dolores Bojazi, Esquire as counsel of record in this matter. In support of this motion, the following is stated:

1. The client has been represented by Dolores Bojazi, formerly of LLG National Law Group.
2. As recounted in Ms. Bojazi's Response to Order to Show Cause (Doc. 15), Motion to Withdraw as Plaintiff's Counsel (Doc. 16), and Amended Response to Order to Show Cause (Doc. 17), she departed the firm on January 16, 2026.
3. Both the Plaintiff and Ms. Bojazi consent to this substitution of counsel.
4. Robert S. Mactavish of LLG National Law Group has agreed to represent the client in all proceedings.
5. This substitution will not delay proceedings or prejudice any party.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion for Substitution of Counsel and recognize Robert S. Mactavish as counsel of record.

Respectfully submitted,

Robert S. Mactavish, Esquire
Florida Bar No. 0596388
LLG National Law Group
Phoenix Corporate Tower
3003 N. Central Avenue
Suite 685
Phoenix, AZ 85012
Phone: 602.960.9400
Fax: 707.215.3600
Cell: 575.517.6542
Robert.mactavish@LLGNational.com
*Attorney for Plaintiff*

I, Dolores Bojazi, Esquire, hereby consent to the substitution of Robert S. Mactavish, Esquire as counsel of record in this matter.

Respectfully submitted,

Dolores Bojazi, Esquire

I, Jose Gregorio Castro Alonzo, the Plaintiff, hereby consent to the substitution of Robert S. Mactavish as counsel of record in this matter.

Respectfully submitted,

/s/ Jose Castro

Jose Gregorio Castro Alonzo, Plaintiff

[Remainder of Page intentionally left blank]

## CERTIFICATE OF SERVICE

On September 8, 2026, I electronically submitted the foregoing *Motion for Substitution of Counsel* to the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court to the following attorneys of record:

SHEAFFER K. FENNESSEY
Assistant Attorney General
Texas State Bar No. 24109859
Shea.Fennessey@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
512-979-5738
Fax: 512-320-0667

**ATTORNEY FOR DEFENDANTS**

Respectfully submitted,

Robert S. Mactavish
*Attorney for Plaintiff*