**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOSE GREGORIO CASTRO ALONZO,<br><br>*Plaintiff*,<br><br>vs.<br><br>UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO; AND UNIVERSITY OF TEXAS SYSTEM,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 5:25-cv-01482-DAE** |

**<u>RESPONSE TO ORDER TO SHOW CAUSE</u>**

AND NOW, undersigned counsel, Robert S. Mactavish, Esq., respectfully submits this Response to the Court's Order to Show Cause (Doc. 18):

1. The client was previously represented by Dolores Bojazi, Esq., formerly of LLG National Law Group.
2. As recounted in Ms. Bojazi's Response to Order to Show Cause (Doc. 15), Motion to Withdraw as Plaintiff's Counsel (Doc. 16), and Amended Response to Order to Show Cause (Doc. 17), she departed the firm on January 16, 2026.
3. Following Ms. Bojazi's departure from LLG National Law Group in January 2026, there was no attorney with the firm immediately available who was admitted to the Western District Court of Texas and no attorney secured *pro hac vice* admission for this case. Thus, no Motion for Substitution of Counsel was ever filed between January and August 2026, and Ms. Bojazi did not file a Motion to Withdraw during that period.
4. The Plaintiff, with the assistance of the firm, on February 6, 2026 filed Plaintiff's Opposition to Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b) (Doc. 11) as a pro se pleading. The firm assisted the Plaintiff with this task by drafting this pleading, mailing it into the Clerk of the Court, and mailing a copy to opposing counsel.

5. Undersigned counsel was admitted to the Western District Court of Texas on March 24, 2026, and secured CM/ECF filing privileges on March 26, 2026.
6. Undersigned counsel was inadvertently not assigned to this case until Friday, September 4, 2026, at which time he immediately began to review the Court's Order to Show Cause and Ms. Bojazi's responses, and conferred with the Plaintiff as well as Ms. Bojazi. Counsel is also filing a Motion for Substitution of Counsel (Doc. 19) concurrently along with this Response.
7. Undersigned counsel has communicated with the Plaintiff and confirmed that LLG National Law Group still represents the Plaintiff in this matter and it is his wish that we continue to do so. The Motion for Substitution of Counsel (Doc. 19) filed today along with this Response represents the first available opportunity for undersigned counsel to file these pleadings.

WHEREFORE, the Plaintiff and undersigned counsel respectfully request that this Court accept this Response to Order to Show Cause.

Respectfully submitted,



______________________________

Robert S. Mactavish, Esquire
Florida Bar No. 0596388
LLG National Law Group
Phoenix Corporate Tower
3003 N. Central Avenue
Suite 685
Phoenix, AZ 85012
Phone: 602.960.9400
Fax: 707.215.3600
Cell: 575.517.6542
Robert.mactavish@LLGNational.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

On September 8, 2026, I electronically submitted the foregoing *Response to Order to Show Cause* to the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court to the following attorneys of record:

SHEAFFER K. FENNESSEY
Assistant Attorney General
Texas State Bar No. 24109859
Shea.Fennessey@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
512-979-5738
Fax: 512-320-0667

**ATTORNEY FOR DEFENDANTS**

Respectfully submitted,



Robert S. Mactavish
*Attorney for Plaintiff*